June 30th 2020

RECEIVED

JUL 07 2020

AT 8:30 M
WILLIAM T. WALSH
CLERK

The Honorable Brian R. Martinotti
United States District Judge
Clarkson S. Fisher Federal Building
United States Courthouse
402 E State St, Trenton, NJ 08608

Re: Steven Bradley Mell v. Unite States
Civ No. 20-2277 BRM

Dear Judge Martinotti,

I am not writing this as a motion or a supplement and please excuse the handwritten letter but as you may know we are still on a National Lockdown. Getting access to phones, computers, typewriters and other educational / Law items is difficult at times. I have submitted motions / Responses by fax in the past because it can take weeks by mail here. As an example I have still not received the Transcripts you ordered the Court to send me and that was over 1 1/2 months ago. I know the world is a crazy place due to the Coronavirus as it has turned the prison system upside down as well.

I am reaching out to your honor not to persuade, manipulate or for any other reason but to have a vioce. As the Court is aware I am pro se in all my current motions in front of the Court. Having filed the 2255 stating ineffective assistance of counsel it is clear I think there was a great injustice but also I was never heard. I am not here in this letter to discuss the facts or merits of my case but rather to try and shed some light on who steven mell is and why the Court may feel the way it does. I am referring to the June sentencing transcripts. In particular to the part refereing my actions and demeanor during the colloquy. As the Court is also aware I did not make a statement as per the instruction of my Counsel. I am bringing all this up because when I read your (Honors) remarks and the Governments response to my bail motion it is clear no one thinks I take ownship of my actions or feel any remorse. Please know I am NOT feeling remorse just because I am in prison but it is soley on my actions. Please also let me be clear, and as I have stated albeit my actions were immoral they were not criminal.

Blank

↓

Your Honor, I think the pretrial bail package does a good job stating who I am. Not to rehash the report I want to touch on some important facts. I think it is also very important to note pretrial initally opposed bail but after the report supported bail for me.

With this said, I hope the Court can see that I have worked for everything that I have achieved dispite the challenges I faced all through my life. I am not talking about money or status either. I have always worked hard to be a good person and live life to a high moral standard. And up until the last 4-5 years that held true. But God knows why I totally blew myself up and totally went off the rails. All I can say is in the last 10 years or so of my life I had a lot of tragedy with the final straw if you will was the death of my best friend. Will Ellsworth died in a helicopter accident along with another friend of mine and I was suppose to be the copilot that day but was called away last minute by a work conflict. I will never forgive myself and re-live that accident everyday of my life.

Again your Honor, I am not trying to persuade the Court but to let you know I am a good person. I also want the Court to know I have not threatened or done a lot of things I've been accused of and I

Think that has been reflected accordingly. The initial Complaint is just that, initial. There were so many facts that were not put forth to the court and again I am not here to fight the facts of the case.

Your honor, what I did to the victim is wrong and I am truly sorry. My Actions has caused a lot of damage to a lot of people including my family and friends. I tried to appologise to the victim but the family would not let me. The family was well aware of the relationship and when I tried to stop it that is when everything went bad. The picture mysteriously showed up December 14th and that night the family demanded 10 million dollars. I Assume your Honor is thinking I am trying to deflect but I am not. There is a big difference between my remorse and sadness to the victim verse the family.

I understand there is probably no place for letters like this in the Court system. And my guess it no lawyer on earth would suggest I write a letter like this. Well I do believe in truth and honesty. I also just finished a book called "Law man" about a bank robber who served time and turned his life around.

BLANK

[illegible]

Your Honor, my Life was positive and I was making the world a better place until recently. I know in my heart I am back on the right track and regardless of your decision on my motions I will be an asset to the world again. This time I'll be focusing on mental Health, Stress, Pressure, depression and Love.

In Closing, I am truly sorry to the victim, my family, friends and to society. I have hurt them All. Please don't take this the wrong way but I will prove you wrong. maybe not in my motions (Although I think I have merit) but that I am not the person you think I Am and noted in the transcripts. I hope one day I can come see you and look you in the eye so you can see for yourself. Please also note I respect your Honor and the power you hold in your hand but I am a person that Lives and breathes and wants to continue to do so. I will do right and make the world proud that I've made a positive impact.

Respectfully Submitted

Steven Bradley Mell
71587-050