7-9-20

Via mail
The Honorable Brian R. Martinotti
United States Distric Judge
Clarkson S. Fisher Federal Building
United States Courthouse
402 East Strate Street
Trenton NJ 08608

RE: Steven Bradley mell v. United States
Civ No 20-2277 BRM

Dear Judge Martinotti,

I am reaching out to let the Court know I will be formally Submitting a response to the Governments 17 page objection Submitted today 7-9-20. I Am Sending this Letter now because the mail takes forever In prison so I pray I get their Response Soon. The worry is I dont even get the Governments response by Next thursday 7-16-20 when my response is due. There is a good chance you might not even get this even though it was mailed Thursday 7-9-20. I will turn it around ASAP once I get it.

Blank

I will also try to Coordinate with my Attorney Bruce throckmorton but seeing the BOP is on national lockdown that isnt easy either. I Am not making excuses or trying to delay anything but Just want to make Sure the Court is aware of the Logistical nightmare.

I will need to respond because the Public defender mr. Throckmorton has no background to this Case to beable to respond to the Governments Submission.

Thank you For your Consideration in this matter

Respectfully Submitted

[signature]

Steven Bradley mell
FCI Allenwood Low
P.O. Box 1000
White Deer, PA 17887