LEVITT & KAIZER
ATTORNEYS AT LAW

RICHARD WARE LEVITT°
rlevitt@landklaw.com
NICHOLAS G. KAIZER°
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

° ADMITTED IN N.Y., FLA., AND D.C.

40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038-5077
www.LevittandKaizer.com

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

August 11, 2020

Hon. Brian R. Martinotti
United States District Judge
United States Courthouse
402 East State Street
Trenton, N.J. 08608

        Re:    U.S. v. Steven Bradley Mell,
              Civ. No. 20-2277 (BRM)

Dear Judge Martinotti:

    I spoke this morning with Mr. Bianchi, who asked that I make limited modifications to our proposed Order, to which I do not object and therefore enclose a (second) amended proposed order. I apologize for any inconvenience caused by the submission of multiple proposed orders.

                            Respectfully submitted,

                            Richard Levitt
                            *Attorney for Steven Bradley Mell*

cc:  Robert Bianchi, Esq. (by email to: rbianchi@bianchilawgroup.com)
      David Bruno, Esq. (by email to dbruno@bianchilawgroup.com)
      (all counsel – via ECF)