RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

\* ADMITTED IN N.Y., FLA., AND D.C.

**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

December 11, 2020

Hon. Brian R. Martinotti
United States District Judge
United States Courthouse
402 East State Street
Trenton, N.J. 08608

              Re:    Steven Bradley Mell v. U.S.,
                     Civ. No. 20-2277 (BRM)

Dear Judge Martinotti,

      The Court's August 3, 2020 scheduling order (Doc. 27) provided the undersigned two weeks to reply to the Government's response. Two weeks from the date of the Government's extended response date is this coming Monday, December 14, 2020. In the period since the Government's response, the undersigned has been able to speak with Mr. Mell only once, as Mr. Mell is not permitted access to Corrlinks. Previous to responding we will need to speak with him again. Accordingly, I am respectfully requesting the Court extend the date to reply by two weeks, which would be December 28, 2020. The Government, by e-mail correspondence yesterday, consented to this request.

      Thank you for considering this request.

                                  Respectfully submitted,

                                  Richard Levitt