RICHARD WARE LEVITT°
rlevitt@landklaw.com
NICHOLAS G. KAIZER°
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

° ADMITTED IN N.Y., FLA., AND D.C.

# LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038-5077
www.LevittandKaizer.com

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

December 28, 2020

Hon. Brian R. Martinotti
United States District Judge
District of New Jersey
United States Courthouse
402 East State Street
Trenton, NJ 08608

           Re:    U.S. v. Steven Bradley Mell,
                  Civ. No. 20-2277 (BRM)
                  <u>Crim. No. 18-757 (BRM)</u>

Dear Judge Martinotti:

      After consulting with Mr. Mell, I respectfully withdraw his pending 28 U.S.C. § 2255 application.

      I look forward to speaking with the Court and the Government tomorrow.

                                        Respectfully submitted,

                                        Richard Levitt
                                        *Attorney for Steven Bradley Mell*

      cc:    AUSA Patricia Astoraga (patricia.astorga@usdoj.gov)
             Anthony Bianchi, Esq (rbianchi@bianchilawgroup.com)
             David Bruno, Esq. (dbruno@bianchilawgroup.com)